Judge Leo M. Gordon
 

 Before the court is the U.S. Department of Commerce's
 
 Final Results of Second Redetermination
 
 ("
 
 Second Remand Results
 
 "), ECF No. 86, filed pursuant to
 
 Toscelik Profil ve Sac Endustrisi A.S. v. United States
 
 , 42 CIT ----,
 
 348 F.Supp.3d 1321
 
 ,
 
 2018 WL 5298443
 
 (Oct. 24, 2018). During the remand proceedings before Commerce, no party commented on the draft remand results and no changes were made in the final remand results.
 
 Second Remand Results
 
 at 4-5. There being no challenge to the
 
 Second Remand Results
 
 , it is hereby
 

 ORDERED
 
 that final results in the antidumping duty investigation covering welded line pipe from the Republic of Turkey,
 
 Welded Line Pipe from the Republic of Turkey
 
 ,
 
 80 Fed. Reg. 61,362
 
 (Dep't of Commerce Oct. 13, 2015) (final determ. of sales at less than fair value) and accompanying Issues and Decision Mem. for Welded Line Pipe from the Republic of Turkey, A-489-822 (Dep't of Commerce Oct. 13, 2015), ECF No. 21-2, available at http:enforcement.trade.gov/frn/summary/turkey/2015-25990-1.pdf (last visited this date) is sustained, except for the matter covered by the
 
 Second Remand Results
 
 ; and it is further
 

 ORDERED
 
 that the
 
 Second Remand Results
 
 are sustained.